Marc Y. Lazo SBN: 215998
**K & L LAW GROUP, P.C.**
2646 Dupont Dr., Suite 60340
Irvine, California 92612
Phone No.: (949) 216-4002
mlazo@kllawgroup.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. ALEX LAZO,<br><br>           Plaintiff,<br><br>vs.<br><br>EC-COUNCIL UNIVERSITY, an online University incorporated in the State of Wyoming; JAY BAVISI, an individual; LATA BAVISI, an individual; VENUS FISHER, an individual; APRIL RAY, an individual; ALEXIS GONZALES, an individual; ZANNA JONES, an individual; and DOES 1-50,<br><br>           Defendants | Case No.: 8:22-cv-2051 CJC (JDEx)<br>[Complaint filed: August 31, 2022]<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR ATTORNEY FEES**<br><br>Date:   March 13, 2023<br>Time   1:30 P.M.<br>Dept:   Dept 9B<br><br>**[Opposition to Motion for Attorney Fee and Declaration of Marc Lazo Filed Concurrently Herewith]** |

    Pursuant to Federal Rules of Evidence Rule 201, Plaintiff DR. ALEX LAZO ("Plaintiff") submits this Request for Judicial Notice in support of his Opposition to Defendants' Motion for Attorney Fees and Costs.

    Under Federal Rule of Evidence 201, judicial notice is proper when a fact is not subject to reasonable dispute and capable of accurate and ready determination

by resort to sources whose accuracy cannot reasonably be questioned. *Wible v. Aetna Life Ins. Co.*, 375 F. Supp. 2d 956, 966 (C.D. Cal. 2005); Fed. R. Evid. 201. As such, judicial notice of information obtained from a website is proper when neither party questions the authenticity of the site. *Pollstar v. Gigmania Ltd.*, 170 F. Supp. 2d 974, 978 (E.D. Cal. 2000). A Court may take judicial notice of any matter of public record. *Moore v. Navarro,* 2004 U.S. Dist. LEXIS 6039, *5 (N.D. Cal. Mar. 31, 2004).

When ruling on a 12(b)(6) motion, a court may look beyond the pleadings "at documents incorporated by reference and matters of which a court may take judicial notice." *Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 127 S. Ct. 2499, 2509 (2007).

Plaintiff requests that this court take judicial notice of the following documents:

| | | |
|---|---|---|
| Exhibit "1" | | Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c) filed on 1/12/23 [Dkt. 13] |
| Exhibit "2" | | Order in Response to Notice of Filer Of Deficiencies in Filed Document filed on 1/13/23 [Dkt. 16] |
| Exhibit "3" | | Order Denying Motion to Dismiss filed on 1/24/23 [Dkt. 21] |

Date: February 20, 2023                    K & L Law Group, PC

                                           _____
                                           Marc Lazo
                                           Attorneys for Plaintiff