1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. ALEX LAZO<br><br>Plaintiff,<br><br>vs.<br><br>EC-COUNCIL UNIVERSITY, an online University incorporated in the State of Wyoming; JAY BAVISI, an individual; LATA BAVISI, an individual; VENUS FISHER, an individual, APRIL RAY, an individual; ALEXIS GONZALES, | Case No. 8:22-cv-02051 CJC-JDE (assigned to Hon. Cormac J. Carney)<br><br>**ORDER ON JOINT STIPULATION FOR CONTINUANCE OF DEFENDANT'S MOTION TO STAY AND TRANSFER FOR CONVENIENCE PURSUANT TO 28 U.S.C. SECTION 1404 (A) FROM MAY 1, 2023 TO JUNE 26, 2023 OR** |

1

| | |
|---|---|
| an individual; ZANNA JONES, an individual and DOES 1-50,<br><br>Defendants. | A TIME THEREAFTER CONVENIENT FOR THE COURT |

The Court having reviewed and consisdered the Joint Stipulation to for Continuance of Defendant's Motion to Stay and Transfer for Convenience Pursuant to 28 U.S.C. Section 1404(A) from May 1, 2023 to June 26 2023, or a Time Thereafter Convenient to the Court by and between Plaintiff DR. ALEX LAZO ("Plantiff") and Defendant EC-COUNCIL UNIVERSITY ("Defendant") (collectively "The Parties") and finding good cause appearing therefore,

**IT IS HEREBY ORDERED:**

1. the Motion to Transfer for Convenience [Dkt 36] set for hearing on May 1, 2023 at 1:30 p.m. in Department 9B of the above-entitled Court, shall be continued to **June 26, 2023 at 1:30 p.m.** in Department 9B of this Court.

**IT IS SO ORDERED**

DATE: March 22, 2023

_____
Honorable Cormac J. Carney
DISTRICT COURT JUDGE